**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**UNITED STATES OF AMERICA**

**v.**                                                                    **2:06CR46**

**JERRELL R. WILLIAMS,**

        **Defendant.**

**REPORT AND RECOMMENDATION**
**CONCERNING GUILTY PLEA**

      Defendant, by consent, has appeared before the undersigned pursuant to Rule 11, Federal Rules of Criminal Procedure, and referral from a United States District Judge and has entered a guilty pleas to carjacking (Count 2) and brandishing a firearm in relation to a crime of violence (Count 3), in violation of 18 U.S.C. §§ 2119 and 924(c)(1)(A)(ii). Defendant is also charged with conspiracy in violation of 18 U.S.C. § 371. Defendant understands that these charges will be dismissed upon acceptance of his guilty pleas, and the United States confirmed defendant's understanding.

      Defendant was represented by appointed counsel, James B. Melton, Esquire. On May 24, 2006, defendant appeared before the Court for the purpose of entering his guilty pleas. He was appropriate in appearance, responsive, and competently prepared for the hearing.

      Defendant answered all questions put to him in clear and concise language. On those occasions when he had a question, defendant consulted with counsel and then promptly answered. Defendant was courteous and appropriate in his behavior at all times and clearly understood the seriousness of his position. At the close of the

proceeding, defendant was remanded back to custody to await preparation of the presentence report.

Defendant is twenty years of age, attended school to the eighth grade, and speaks English as his native language. There was no evidence that defendant was on drugs, alcohol, or medication which might impair his judgment. He was cooperative throughout the proceeding.

Defendant entered the guilty pleas pursuant to a plea agreement. The Court is completely satisfied, based upon defendant's responses, that he fully appreciates his position. Furthermore, he acknowledged that the statement of facts prepared in anticipation of his pleas accurately reflects the government's evidence, in the event of trial.

After cautioning and examining defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the offenses charged are supported by independent facts, establishing each of the essential elements of such offense. Therefore, the Court recommends that the guilty pleas be accepted and that defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this report and recommendation within ten days from the date of its service shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

                                                     **/s/**
                                           **James E. Bradberry**
                                           **United States Magistrate Judge**

**Norfolk, Virginia**

      **May 25**      , 2006

3

<u>Clerk's Mailing Certificate</u>

A copy of the foregoing Report was mailed this date to each of the following:

    James B. Melton, Esquire
    Federal Public Defender's Office
    Town Point Center, Ste. 403
    150 Boush Street
    Norfolk, VA  23510

    Darryl Mitchell, Esquire
    Assistant United States Attorney
    United States Attorney's Office
    101 West Main Street, Suite 8000
    Norfolk, VA 23510

                            Fernando Galindo, Acting Clerk

                            By _____
                                  Deputy Clerk

                          _____, 2006